KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLEG FILIN, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, SECRETARY; US ATTORNEY GENERAL, ALBERTO GONZALES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, EMILIO T. GONZALEZ, DIRECTOR; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ALFONSO AGUILAR, CHIEF; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DAVID STILL, DISTRICT DIRECTOR, <br><br> Defendants. | Case No. 06-4280-MJJ <br><br> **STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

The plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action because the USCIS will adjudicate the plaintiff's application for naturalization within two weeks.

STIPULATION TO DISMISS AND ~~PROPOSED~~ ORDER
C06-4280-MJJ                                                1

Date: September 7, 2006          Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: September 7, 2006

/s/
MONICA KANE
Jewish Family & Children's Services
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/15/2006

MARTIN J. JENKINS
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Monica Kane and I have signed this stipulation to dismiss.

STIPULATION TO DISMISS AND ~~PROPOSED~~ ORDER
C06-4280-MJJ      2